# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                                  )
                                        )
EWALT, Elwood V. and Christy S.,        )    Case Number 11-8
                                        )    (Chapter 13)
                                        )
                Debtors.                )

## CHAPTER 13 PLAN

1. The debtors propose to pay to the trustee appointed by this court the following amounts until all of their creditors whose claims are filed and allowed have been paid in accordance with this plan:  $295.00 per month for exactly thirty-six (36) months.

2. The debtors propose to have the trustee pay the following priority creditors, pro rata, to the extent listed:

    A. Illinois Department of Revenue -- $1,144.00 -- unpaid 941 taxes.

    B. Illinois Department of Employment Security -- $292.00 -- unpaid taxes.

    C. Internal Revenue Service -- $4,703.00 -- unpaid 941 taxes.

3. The debtors propose to make future payments to the following creditors directly outside the plan and said payments have been provided for in debtors' monthly budget:

    A. American General Financial Services -- regular monthly mortgage payments to retain the real estate commonly known as 257 N. Cone Street, Farmington, Illinois.

    B. Fulton County Treasurer -- delinquent and future yearly property taxes to retain the real estate commonly known as 257 N. Cone Street, Farmington,

Illinois.

4.     Future monthly payments to MidAmerica National Bank to retain the 2004 Chevrolet Cobalt will be made directly by the co-debtor, Wendy A. Ewalt.   In the event there is a default and the creditor repossesses the vehicle and sells same for less than the amount owed and deficiency remains, the debtors will be discharged from the deficiency amount.

5.     The second mortgage on the debtors' homestead real estate commonly known as 257 N. Cone Street, Farmington, Illinois, held by CEFCU, Account No. 0043654-607, in the approximate amount of $44,544.71, is totally unsecured because the fair market value of the real estate is less than the amount owed on the first mortgage. Because there is no equity over and above the first mortgage, the second mortgage held by CEFCU as identified above is totally unsecured and will be stripped off by this plan. Upon completion of the plan and entry of a discharge, CEFCU will execute and record a release of its second mortgage.

6.     The debtors shall surrender the real estate commonly known as 171 W. Lincoln Street, Lewistown, Illinois, to Ipava State Bank and said creditor shall liquidate the collateral in a commercially reasonable manner and may file an unsecured proof of claim for any deficiency.

7.     The trustee shall pay to the debtors' attorney the sum of $3,300.00 for attorney's fees, payable as ordered by the court.

8.     The debtors estimate that unsecured creditors will receive approximately zero percent (0%) of their allowed claims.

                          Elwood V. and Christy S. Ewalt

                By:   /s/ Charles E. Covey
                      Their Attorney

Mr. Charles E. Covey
Attorney at Law
416 Main Street, Suite 700
Commerce Bank Building
Peoria, Illinois   61602
Telephone:   (309)674-8125