**IT IS SO ORDERED.**

**SIGNED THIS: March 23, 2011**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: EWALT, ELWOOD & CHRISTY | ) | Case No. 11-80642 |
| SS# XXX-XX-2149 | ) | Chapter 13 Wage Earner Plan |
| | ) | |
| | ) | |

**ORDER DIRECTING THE EMPLOYER OF CHAPTER 13**
**DEBTOR TO PAY EARNINGS TO TRUSTEE**

On the 17TH day of March, the above named debtor(s) filed a Chapter 13 petition for the purpose of effecting an extension of time to pay debts out of future earnings in accordance with the provisions of the U.S. Bankruptcy Code, and the Judge of the Court having examined the files, FINDS:

1.  That the above named debtor has submitted a plan to pay his debts out of his future earnings and that this plan has committed all of his future earnings and wages to the supervision and control of the Court for the purpose of consummating the plan.

2.  That Michael D. Clark has been appointed trustee herein and, that in the judgment of the trustee, it is necessary for the successful consummation of the Chapter 13 plan that the employer of the above named debtor be directed to deduct from the wages and earnings of the above named debtor the sum of $295.00 per month and to pay such amount to said trustee each and every month as earned.

3.  That **Christy Ewalt** is now regularly employed by:

**FARMINGTON AMERICAN LEGION**

**IT IS, THEREFORE, ORDERED:**

   That **FARMINGTON AMERICAN LEGION,** the employer of **Christy Ewalt** , be and is hereby ORDERED AND DIRECTED to deduct from the wages and earnings of **Christy Ewalt** the sum of $295.00 per month and to pay the Trustee each and every month following the receipt of this ORDER by said employer and to remit the sum so deducted to the trustee:

> Michael D. Clark, Trustee
> P O Box 2219
> Memphis, TN 38101-2219

**IT IS FURTHER ORDERED:**

   1.  That the said employer of **Christy Ewalt** notify said trustee if the employment of the above named debtor is terminated and the reason for the termination.

   2.  That, except the amounts required to be withheld by the provisions of any Federal or State Law or regulation or insurance, pension or union dues agreement between the employer and debtor be paid to the above named debtor in accordance with the employer's usual payroll procedure, and that no deduction other than that authorized or directed by this Court be made by said employer.

   3.  That a copy of this order be mailed to said employer, to the debtor, to debtor's attorney and to the trustee, which shall constitute sufficient service thereof.

   4.  That this order be and shall remain in force and effect until further order of this Court.

###
